Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Landmark Recovery of Colorado, LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **FDBA  Landmark Recovery of Colorado Springs** <br> **FDBA  Landmark Recovery Suboxone Clinics** <br> **FDBA  Praxis Suboxone Clinic by Landmark Recovery** <br> **DBA  Praxis of Colorado Springs by Landmark Recovery** <br> **DBA  Landmark Recovery** <br> **DBA  Landmark Recovery of Denver** <br> **DBA  Sheridan Grove Recovery** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **85-2203379** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2000 S. Blackhawk Street** <br> **Colorado Springs, CO 80917** <br> Number, Street, City, State & ZIP Code | **133 Holiday Court** <br> **Suite 102** <br> **Franklin, TN 37067** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **El Paso** <br> County | **Location of principal assets, if different from principal place of business** <br> **133 Holiday Court** <br> **Suite 202 Franklin, TN 37067** <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **https://landmarkrecovery.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>  6214  </u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| --- | --- | --- | --- | --- | --- |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | Relationship _____ |
| District _____ When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million          ☐ More than $50 billion

| Debtor | **Landmark Recovery of Colorado, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td style="background:black">    </td><td><strong>Request for Relief, Declaration, and Signatures</strong></td></tr>
</table>

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 20, 2025**
MM / DD / YYYY

**X** **/s/ Clifford Francis Boyle**                                **Clifford Francis Boyle**
Signature of authorized representative of debtor                Printed name

Title   **Chairman**

---

**18. Signature of attorney**

**X** **/s/ Michael G. Abelow**                     Date **August 20, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Michael G. Abelow 026710**
Printed name

**Sherrard Roe Voigt & Harbison, PLC**
Firm name

**1600 West End Avenue**
**Suite 1750**
**Nashville, TN 37203**
Number, Street, City, State & ZIP Code

Contact phone   **(615) 742-4532**        Email address   **mabelow@srvhlaw.com**

**026710 TN**
Bar number and State

Debtor name    **Landmark Recovery of Colorado, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    <u>August 20, 2025</u>     X **/s/ Clifford Francis Boyle**
                                               Signature of individual signing on behalf of debtor

                                               **Clifford Francis Boyle**
                                               Printed name

                                               **Chairman**
                                               Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Landmark Recovery of Colorado, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **All Purpose Landscaping 620 E. Industrial Blvd Pueblo, CO 81007** | | | **Contingent Unliquidated Disputed** | | | **$9,082.58** |
| **Aurora Water 15151 E Alameda Parkway Aurora, CO 80012** | | **Utilities and late fees, multiple invoices** | | | | **$3,944.05** |
| **Aztec Leasing, Inc. 1305 Airport Freeway Suite 405 Bedford, TX 76021** | | **Furniture and fixtures** | | | | **$1,860.00** |
| **Colorado Department of Labor PO Box 2330 Denver, CO 80201** | | **Unpaid FAMLI premiums** | | | | **$11,013.15** |
| **Colorado Department of Revenue 1375 Sherman Street Denver, CO 80261** | | **Sales Tax** | | | | **$975.00** |
| **Frontier Mechanical, Inc. 7010 South Jordan Rd. Englewood, CO 80112** | | **Prior Period Adjustment/Repairs** | | | | **$6,228.04** |
| **Kyocera Document Solutions West, LLC 1320 S. Vintage Avenue Ontario, CA 91761** | | **Prior Period Adjustment** | | | | **$531.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LabCorp Corporation of America 531 South Spring St. Burlington, NC 27215 | | Contracted Services (including prior period adjustments) | | | | $29,428.11 |
| Maxim Healthcare Services (Amerigis) 7227 Lee Deforest Drive Columbia, MD 21046 | | Contracted Services | Contingent Unliquidated Disputed | | | $409,812.54 |
| McKesson Corporation 6555 State Hwy 161 Irving, TX 75039 | | Services | | | | $1,935.91 |
| Precise Mechanical Renewable 4520 Broadway St Boulder, CO 80304 | | Prior Period Adjustments | | | | $9,701.39 |
| Raven Security Group LLC 5145 Centennial Blvd Colorado Springs, CO 80919 | | Trade Debt | Contingent Unliquidated Disputed | | | $7,500.00 |
| Rinco, Inc. d/b/a All Pro Restoration 5054 Marshall Street Arvada, CO 80002 | | Trade Debt | Contingent Unliquidated Disputed | | | $11,140.59 |
| Sabra Healthcare Holdings III, LLC 1855 W. Baseline Road Suite 200 Mesa, AZ 85202 | | Lease | Contingent Unliquidated Disputed | | | $840,522.95 |
| Sanchez Maintenance, LLC 12238 S. Huron Ct Olathe, KS 66062 | | Maintenance | | | | $1,760.00 |
| Scripps Media Inc 312 Walnut Street Suite 2800 Cincinnati, OH 45202 | | Trade Debt | Contingent Unliquidated Disputed | | | $459,090.93 |
| Stericycle, Inc. 2355 Waukegan Road Deerfield, IL 60015 | | Services | | | | $3,354.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Foods, Inc.** **9399 W Higgins Rd.** **Suite 500** **Des Plaines, IL 60018** | | **Food services** | | | | **$20,511.74** |
| **Waste Management of Colorado** **PO Box 541065** **Los Angeles, CA 90054** | | **Utilities and ground maintenance** | | | | **$2,077.19** |
| **Xcel Energy** **PO Box 9477** **Minneapolis, MN 55484** | | **Utilities and late fees** | | | | **$10,691.99** |

**Fill in this information to identify the case:**

Debtor name    **Landmark Recovery of Colorado, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

---

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................   $     **0.00**

   **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................................   $     **7,375,347.29**

   **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*....................................................................................   $     **7,375,347.29**

---

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $     **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$     **1,841,854.69**

4.   **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b             $     **1,841,854.69**

Fill in this information to identify the case:

Debtor name      **Landmark Recovery of Colorado, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO** | **Checking** | **7495** | **$120,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$120,000.00** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid insurance Praxis of Colorado Springs** | **$650,000.00** |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| **$650,000.00** |
|---|

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:     **4,054,314.84**     -     **0.00** = ....     **$4,054,314.84**
                               face amount            doubtful or uncollectible accounts

11a. 90 days old or less:     **1,051,697.51**     -     **1,051,697.51** = ....     **Unknown**
                               face amount            doubtful or uncollectible accounts

11a. 90 days old or less:     **2,551,032.45**     -     **0.00** = ....     **$2,551,032.45**
                               face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                   **$6,605,347.29**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Building Improvements Praxis of Colorado Springs** | _____ | $14,441.44 | _____ | $0.00 |

56.    **Total of Part 9.**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

         $0.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Landmark Recovery of Colorado, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $120,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $650,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $6,605,347.29 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,375,347.29 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $7,375,347.29 |

**Fill in this information to identify the case:**

Debtor name    **Landmark Recovery of Colorado, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

     ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☐ Yes. Fill in all of the information below.

Debtor name **Landmark Recovery of Colorado, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,082.58 |
| --- | --- | --- | --- |

**All Purpose Landscaping**
**620 E. Industrial Blvd**
**Pueblo, CO 81007**

Date(s) debt was incurred _

Last 4 digits of account number _

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,944.05 |
| --- | --- | --- | --- |

**Aurora Water**
**15151 E Alameda Parkway**
**Aurora, CO 80012**

Date(s) debt was incurred **2023-2025**

Last 4 digits of account number **9097;9098;9099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities and late fees, multiple invoices**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,860.00 |
| --- | --- | --- | --- |

**Aztec Leasing, Inc.**
**1305 Airport Freeway**
**Suite 405**
**Bedford, TX 76021**

Date(s) debt was incurred _

Last 4 digits of account number **8601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Furniture and fixtures**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,013.15 |
| --- | --- | --- | --- |

**Colorado Department of Labor**
**PO Box 2330**
**Denver, CO 80201**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid FAMLI premiums**

Is the claim subject to offset? ☑ No ☐ Yes

51495

| Debtor | **Landmark Recovery of Colorado, LLC** | Case number (if known) | |
|--------|------------------------------------------|-------------------------|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $975.00 |
|-----|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Colorado Department of Revenue**
**1375 Sherman Street**
**Denver, CO 80261**

Date(s) debt was incurred _

Last 4 digits of account number __3927__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Sales Tax__

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.24 |
|-----|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Colorado Springs Utilities**
**PO Box 1103**
**Colorado Springs, CO 80947**

Date(s) debt was incurred __8/18/23 -- 11/18/24__

Last 4 digits of account number __2129__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-----|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Denver Beverage**
**353 W. 56th Ave**
**Denver, CO 80216**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,228.04 |
|-----|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Frontier Mechanical, Inc.**
**7010 South Jordan Rd.**
**Englewood, CO 80112**

Date(s) debt was incurred _

Last 4 digits of account number __LANREC__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prior Period Adjustment/Repairs__

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.79 |
|-----|--------------------------------------------------|--------------------------------------------------------------------|---------|

**HD SUPPLY**
**3400 Cumberland Blvd**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number __2433__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Supplies__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $531.00 |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Kyocera Document Solutions West, LLC**
**1320 S. Vintage Avenue**
**Ontario, CA 91761**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Prior Period Adjustment__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,428.11 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**LabCorp Corporation of America**
**531 South Spring St.**
**Burlington, NC 27215**

Date(s) debt was incurred _

Last 4 digits of account number __0280__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contracted Services (including prior period adjustments)__

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $409,812.54 |
|---|---|---|---|

**Maxim Healthcare Services (Amerigis)**
**7227 Lee Deforest Drive**
**Columbia, MD 21046**

Date(s) debt was incurred _____

Last 4 digits of account number **9182**

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Contracted Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,935.91 |
|---|---|---|---|

**McKesson Corporation**
**6555 State Hwy 161**
**Irving, TX 75039**

Date(s) debt was incurred _____

Last 4 digits of account number **7247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $257.50 |
|---|---|---|---|

**Metropolitan Drain Cleaning**
**3150 Spring Grove Avenue**
**Cincinnati, OH 45225**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Repairs**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,701.39 |
|---|---|---|---|

**Precise Mechanical Renewable**
**4520 Broadway St**
**Boulder, CO 80304**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Prior Period Adjustments**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,500.00 |
|---|---|---|---|

**Raven Security Group LLC**
**5145 Centennial Blvd**
**Colorado Springs, CO 80919**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,140.59 |
|---|---|---|---|

**Rinco, Inc. d/b/a All Pro Restoration**
**5054 Marshall Street**
**Arvada, CO 80002**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sabra Colorado, LLC**
**1855 W. Baseline Road**
**Suite 200**
**Mesa, AZ 85202**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sabra Healthcare Holdings III, LLC**
**1855 W. Baseline Road**
**Suite 200**
**Mesa, AZ 85202**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$840,522.95** |
|---|---|---|---|

**Sabra Healthcare Holdings III, LLC**
**1855 W. Baseline Road**
**Suite 200**
**Mesa, AZ 85202**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Lease__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,760.00** |
|---|---|---|---|

**Sanchez Maintenance, LLC**
**12238 S. Huron Ct**
**Olathe, KS 66062**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Maintenance__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$459,090.93** |
|---|---|---|---|

**Scripps Media Inc**
**312 Walnut Street**
**Suite 2800**
**Cincinnati, OH 45202**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Debt__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,354.00** |
|---|---|---|---|

**Stericycle, Inc.**
**2355 Waukegan Road**
**Deerfield, IL 60015**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Services__

Last 4 digits of account number __2517__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,511.74** |
|---|---|---|---|

**US Foods, Inc.**
**9399 W Higgins Rd.**
**Suite 500**
**Des Plaines, IL 60018**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Food services__

Last 4 digits of account number __PCOS__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,077.19** |
|---|---|---|---|

**Waste Management of Colorado**
**PO Box 541065**
**Los Angeles, CA 90054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Utilities and ground maintenance__

Last 4 digits of account number __3003__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Landmark Recovery of Colorado, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,691.99 |
|---|---|---|---|

**Xcel Energy**
**PO Box 9477**
**Minneapolis, MN 55484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities and late fees**

Last 4 digits of account number **0309**

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Maxim Healthcare Staffing Services, Inc.**<br>**2460 W 26th Avenue**<br>**Building C, Attn: Ryan A. Wilson**<br>**Denver, CO 80211** | Line **3.12**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Sabra Health Care Reit, Inc.**<br>**18500 Von Karman Avenue**<br>**Suite 550; Attn: Richard K. Matros**<br>**Irvine, CA 92612** | Line **3.18**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **Sabra Health Care Reit, Inc.**<br>**18500 Von Karman Avenue**<br>**Suite 550; Attn: Richard K. Matros**<br>**Irvine, CA 92612** | Line **3.19**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **Sabra Health Care Reit, Inc.**<br>**18500 Von Karman Avenue**<br>**Suite 550; Attn: Richard K. Matros**<br>**Irvine, CA 92612** | Line **3.20**<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Sherry Meyerhoff Hanson & Crance LLP**<br>**520 Newport Center Drive, Suite 1400**<br>**Attn: Kevin L. Sherry, Esq.**<br>**Newport Beach, CA 92660** | Line **3.18**<br><br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Sherry Meyerhoff Hanson & Crance LLP**<br>**520 Newport Center Drive, Suite 1400**<br>**Attn: Kevin L. Sherry, Esq.**<br>**Newport Beach, CA 92660** | Line **3.19**<br><br>☐ Not listed. Explain ___ | _ |
| 4.7 | **Stericycle, Inc.**<br>**28883 Network Place**<br>**Chicago, IL 60673** | Line **3.23**<br><br>☐ Not listed. Explain ___ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 1,841,854.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,841,854.69 |

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Drug Testing** | |
| State the term remaining | **LabCorp Corporation of America** |
| List the contract number of any government contract | **531 South Spring Street** **Burlington, NC 27215** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Staffing Services Agreement** | |
| State the term remaining    **May 3, 2026** | **Maxim Healthcare Staffing Services, Inc** **2460 W. 26th Avenue** |
| List the contract number of any government contract | **Building C** **Denver, CO 80211** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of 4145 -4185 Briargate Parkway Colorado Springs, CO** | |
| State the term remaining    **Expires June 30, 2032** | **Sabra Colorado, LLC** **1855 W. Baseline Road** |
| List the contract number of any government contract | **Suite 200** **Mesa, AZ 85202** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of 2000 S. Blackhawk Street, Aurora, CO** | |
| State the term remaining    **Expires June 30, 2030** | **Sabra Healthcare Holdings III, LLC** **1855 W. Baseline Road** |
| List the contract number of any government contract | **Suite 200** **Mesa, AZ 85202** |

Official Form 206G      **Schedule G: Executory Contracts and Unexpired Leases**      Page 1 of 2

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Document destruction** | |
|---|---|---|---|
| | State the term remaining | | **Stericycle, Inc.** |
| | List the contract number of any government contract | _____ | **2355 Waukegan Road** |
| | | | **Deerfield, IL 60015** |

Debtor name __**Landmark Recovery of Colorado, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Landmark Recovery of Louisville, LLC** | **133 Holiday Court Suite 102 Franklin, TN 37067** | **Sabra Colorado, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☑ G __**2.3**__ |
| 2.2 | **Landmark Recovery of Louisville, LLC** | **133 Holiday Court Suite 102 Franklin, TN 37067** | **Sabra Healthcare Holdings III, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ☑ G __**2.4**__ |

Debtor name **Landmark Recovery of Colorado, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $31,422,701.73 |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $56,038,251.08 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| 3.1. **Denver Beverage** NEED | **July 2025** | $7,416.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. US Foods, Inc.<br>9399 W Higgins Rd.<br>Suite 500<br>Des Plaines, IL 60018 | **May-July 2025** | **$110,341.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. Sabra Health Care Reit, Inc.<br>18500 Von Karman Avenue<br>Suite 550; Attn: Richard K. Matros<br>Irvine, CA 92612 | **May-July 2025** | **$281,646.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Lease__ |
| 3.4. Colorado Springs Utilities<br>PO Box 1103<br>Colorado Springs, CO 80947 | **July 2025** | **$2,731.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. Xcel Energy<br>PO Box 9477<br>Minneapolis, MN 55484 | **May 2025** | **$5,184.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. Sabra Healthcare Holdings III, LLC<br>1855 W. Baseline Road<br>Suite 200<br>Mesa, AZ 85202 | **May-July 2025** | **$888,289.78** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __Lease__ |
| 3.7. Colorado Springs Utilities<br>PO Box 1103<br>Colorado Springs, CO 80947 | **May-June 2025** | **$10,397.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:** **Legal Actions or Assignments**

---

### 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Scripps Media Inc v. Landmark Recovery Management Company, LLC** 24CV-54025 | **Contract** | **Circuit Court for Williamson County, TN** 4th Avenue South #103 Franklin, TN 37064 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Rinco Inc. d/b/a All Pro Restoration v. Landmark Recovery of Colorado LLC, et al.** 2024CV30853 | **Contract** | **District Court, Arapahoe County, CO** 7325 S Potomac St Englewood, CO 80112 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Raven Security Group LLC v. Landmark Recovery of Colorado LLC** 24S113 | **Contract** | **El Paso County, Colorado** 270 S. Tejon Street Colorado Springs, CO 80903 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Pharmacy Corporation of America d/b/a PharMerica v. [INSERT]** 3:24-cv-707-CHB | **Contract** | **USDC ED KY** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.5. | **Regina Gaderick v. [INSERT]** 2023CV32011 | **Civil** | **District Court, Arapahoe County, CO** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.6. | **Angela McMillan [EEOC] Charge of Discrimination No.: E230002033** | **Civil** | **EEOC** | ☐ Pending ☐ On appeal ■ Concluded |
| 7.7. | **Amerigis Healthcare Staffing, Inc. F/K/A Maxim Healthcare Staffing Services, Inc. v. Landmark Recovery Management Company, LLC** 24CV-701 | **Contract** | **Circuit Court for Williamson County, TN** 135 4th Avenue South Suite 103 Franklin, TN 37064 | ■ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 3:25-bk-03452  Doc 1  Filed 08/20/25  Entered 08/20/25 17:24:25  Desc Main
Document  Page 26 of 40

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8. **Laboratory Corporation of America v. Landmark Recovery of Tennessee, LLC and Central Recovery Treatment, d/b/a Landmark Recovery of Las Vegas** 25-0344-I | Contract | Chancery Court for Davidson County, TN 1 Public Square Suite 308 Nashville, TN 37201 | ■ Pending □ On appeal □ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.

Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Landmark Recovery of Denver 2000 S. Blackhawk Street Colorado Springs, CO 80917** | **Inpatient residential addiction treatment center offering medical detox, residential treatment, individual and group therapy, and discharge planning.** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Electronic records are on the Sunwave system. Paper records, if any, are stored onsite at the facility or scanned into the electronic system.** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.2. | **Landmark Recovery of Colorado Springs 4185 Briargate Parkway Colorado Springs, CO 80920** | **Same as Denver location** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Same as Denver (Sunwave/location).** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |
| 15.3. | **Praxis of Colorado Springs by Landmark 3625 Parkmoor Village Drive Colorado Springs, CO 80917** | **Same** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **Same** | **How are records kept?** *Check all that apply:* ■ Electronically ■ Paper |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**See answer to # 15.**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Shelly L. Reynolds** **1154 Batbriar Rd.** **Murfreesboro, TN 37128** | **7/5/22 -- 10/5/23** |
| 26a.2. | **David J. Casebolt** **1200 Crestfield Dr.** **Nashville, TN 37211** | **12/3/18 -- 4/15/24** |
| 26a.3. | **Jonathan Sanchez** **600 Great Circle Rd.** **Apt. 4311** **Smyrna, TN 37167** | **4/4/22 -- 11/29/23** |

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **Bradley Shaver** <br> **2501 Iron Gate Ct** <br> **Franklin, TN 37067** | **2/16/23 -- 3/29/24** |
| 26a.5. **Megan A. Smith** <br> **2500 Aureum Drive** <br> **Apt. 25217** <br> **Franklin, TN 37067** | **7/5/22 -- 9/1/23** |
| 26a.6. **Michael Martin** <br> **816 Wescott Lane** <br> **Apt 231** <br> **Antioch, TN 37013** | **10/28/21 -- 9/29/23** |
| 26a.7. **Kendon L. Brown** <br> **675 Harding Place** <br> **Apt A-10** <br> **Nashville, TN 37211** | **9/14/20 -- 11/17/23** |
| 26a.8. **Quinten K. Wiseman** <br> **1200 Broadway** <br> **Unit 1515** <br> **Nashville, TN 37203** | **1/3/22 -- current** |
| 26a.9. **Oswaldo Carpio** <br> **117 Shute Circle** <br> **Old Hickory, TN 37138** | **3/13/23 -- 4/16/24** |
| 26a.10. **Jose D. Castro-Garcia** <br> **3006 Spyglass Drive** <br> **Unit B** <br> **Spring Hill, TN 37174** | **2/27/23 -- 5/17/24** |
| 26a.11. **Shawna L. Riter** <br> **1125 Magnolia Drive** <br> **B-26** <br> **Franklin, TN 37064** | **8/15/22 -- 9/29/23** |
| 26a.12. **Robert Terry** <br> **3006 Naomi Court** <br> **Spring Hill, TN 37174** | **2/20/23 -- 7/13/23** |
| 26a.13. **Adam Stoddard** <br> **620 Silva Lane** <br> **Nolensville, TN 37135** | **4/18/19 -- 4/25/25** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Donald J. Yadisernia, CPA** <br> **Morris & Morris, PC** <br> **32 Kearney Road** <br> **Needham Heights, MA 02494** | **1/1/24 -- current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 3:25-bk-03452    Doc 1    Filed 08/20/25    Entered 08/20/25 17:24:25    Desc Main
Document      Page 31 of 40

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|-------------------------------------------------------------------|
| 26c.1. **Donald J. Yadiserna**<br>**Morris & Morris, PC**<br>**32 Kearney Road**<br>**Needham Heights, MA 02494** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. **Sabra Healthcare Holdings III, LLC**<br>**1855 W. Baseline Road**<br>**Suite 200**<br>**Mesa, AZ 85202** |
| 26d.2. **Biz2Credit, Inc.**<br>**1 Penn Plaza**<br>**49th Floor**<br>**New York, NY 10119** |
| 26d.3. **Lincoln Financial Group**<br>**300 S. Jackson St.**<br>**Denver, CO 80209** |
| 26d.4. **ClearFund Solutions, LLC**<br>**99 Wall Street**<br>**Suite 2613**<br>**New York, NY 10005** |
| 26d.5. **Boom Funded, LLC**<br>**6501 Congress Blvd.**<br>**Suite 140**<br>**Boca Raton, FL 33496** |
| 26d.6. **TVT Capital, LLC**<br>**1407 Broadway**<br>**Floor 29**<br>**New York, NY 10018** |
| 26d.7. **Stout Risius Ross, LLC**<br>**120 W. 45th Street**<br>**Floor 29**<br>**New York, NY 10036** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|----------------------------------------------------------------|-------------------|-------------------------------------------------------------------------------|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Case 3:25-bk-03452    Doc 1    Filed 08/20/25    Entered 08/20/25 17:24:25    Desc Main
Document        Page 32 of 40

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Landmark Recovery of Louisville, LLC** | EIN:    **81-0887047** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 20, 2025**

**/s/ Clifford Francis Boyle**                          **Clifford Francis Boyle**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Chairman**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Landmark Recovery of Colorado, LLC**

Case No. _____

Debtor(s)

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Hourly ($650/hr)** |
| Prior to the filing of this statement I have received | $ | **75,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    [✔] Debtor  [ ] Other (specify):

3.  The source of compensation to be paid to me is:

    [✔] Debtor  [ ] Other (specify):

4.  [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

August 20, 2025

*Date*

/s/ Michael G. Abelow

**Michael G. Abelow 026710**
*Signature of Attorney*
**Sherrard Roe Voigt & Harbison, PLC**
**1600 West End Avenue**
**Suite 1750**
**Nashville, TN 37203**
**(615) 742-4532**
**mabelow@srvhlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Landmark Recovery of Colorado, LLC**                Case No.  _____
                                        _____
                                    Debtor(s)              Chapter  **11**  _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Landmark Recovery of Louisville, LLC** | | | **100% Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 20, 2025**  _____     Signature  **/s/ Clifford Francis Boyle**  _____
                                                  **Clifford Francis Boyle**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**

**Middle District of Tennessee**

In re   **Landmark Recovery of Colorado, LLC**         Case No.

                                            Debtor(s)        Chapter     **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:   **August 20, 2025**                     **/s/ Clifford Francis Boyle**

                                              **Clifford Francis Boyle**/Chairman
                                              Signer/Title

LANDMARK RECOVERY OF COLORADO, LLC
133 HOLIDAY COURT
SUITE 102
FRANKLIN TN 37067

MICHAEL G. ABELOW
SHERRARD ROE VOIGT & HARBISON, PLC
1600 WEST END AVENUE
SUITE 1750
NASHVILLE, TN 37203

ALL PURPOSE LANDSCAPING
620 E. INDUSTRIAL BLVD
PUEBLO CO 81007

AURORA WATER
15151 E ALAMEDA PARKWAY
AURORA CO 80012

AZTEC LEASING, INC.
1305 AIRPORT FREEWAY
SUITE 405
BEDFORD TX 76021

COLORADO DEPARTMENT OF LABOR
PO BOX 2330
DENVER CO 80201

COLORADO DEPARTMENT OF REVENUE
1375 SHERMAN STREET
DENVER CO 80261

COLORADO SPRINGS UTILITIES
PO BOX 1103
COLORADO SPRINGS CO 80947

DENVER BEVERAGE
353 W. 56TH AVE
DENVER CO 80216

FRONTIER MECHANICAL, INC.
7010 SOUTH JORDAN RD.
ENGLEWOOD CO 80112

HD SUPPLY
3400 CUMBERLAND BLVD
ATLANTA GA 30339

KYOCERA DOCUMENT SOLUTIONS WEST, LLC
1320 S. VINTAGE AVENUE
ONTARIO CA 91761

LABCORP CORPORATION OF AMERICA
531 SOUTH SPRING STREET
BURLINGTON NC 27215

LANDMARK RECOVERY OF LOUISVILLE, LLC
133 HOLIDAY COURT
SUITE 102
FRANKLIN TN 37067

MAXIM HEALTHCARE SERVICES (AMERIGIS)
7227 LEE DEFOREST DRIVE
COLUMBIA MD 21046

MAXIM HEALTHCARE STAFFING SERVICES, INC
2460 W. 26TH AVENUE
BUILDING C
DENVER CO 80211

MAXIM HEALTHCARE STAFFING SERVICES, INC.
2460 W 26TH AVENUE
BUILDING C, ATTN: RYAN A. WILSON
DENVER CO 80211

MCKESSON CORPORATION
6555 STATE HWY 161
IRVING TX 75039

METROPOLITAN DRAIN CLEANING
3150 SPRING GROVE AVENUE
CINCINNATI OH 45225

PRECISE MECHANICAL RENEWABLE
4520 BROADWAY ST
BOULDER CO 80304

RAVEN SECURITY GROUP LLC
5145 CENTENNIAL BLVD
COLORADO SPRINGS CO 80919

RINCO, INC. D/B/A ALL PRO RESTORATION
5054 MARSHALL STREET
ARVADA CO 80002

SABRA COLORADO, LLC
1855 W. BASELINE ROAD
SUITE 200
MESA AZ 85202

SABRA HEALTH CARE REIT, INC.
18500 VON KARMAN AVENUE
SUITE 550; ATTN: RICHARD K. MATROS
IRVINE CA 92612

SABRA HEALTHCARE HOLDINGS III, LLC
1855 W. BASELINE ROAD
SUITE 200
MESA AZ 85202

SANCHEZ MAINTENANCE, LLC
12238 S. HURON CT
OLATHE KS 66062

SCRIPPS MEDIA INC
312 WALNUT STREET
SUITE 2800
CINCINNATI OH 45202

SHERRY MEYERHOFF HANSON & CRANCE LLP
520 NEWPORT CENTER DRIVE, SUITE 1400
ATTN: KEVIN L. SHERRY, ESQ.
NEWPORT BEACH CA 92660

STERICYCLE, INC.
2355 WAUKEGAN ROAD
DEERFIELD IL 60015

STERICYCLE, INC.
28883 NETWORK PLACE
CHICAGO IL 60673

US FOODS, INC.
9399 W HIGGINS RD.
SUITE 500
DES PLAINES IL 60018

WASTE MANAGEMENT OF COLORADO
PO BOX 541065
LOS ANGELES CA 90054

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Landmark Recovery of Colorado, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Landmark Recovery of Colorado, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **Landmark Recovery of Louisville, LLC**

☐ None [*Check if applicable*]

**August 20, 2025**

Date

**/s/ Michael G. Abelow**

**Michael G. Abelow 026710**

Signature of Attorney or Litigant

Counsel for   **Landmark Recovery of Colorado, LLC**

**Sherrard Roe Voigt & Harbison, PLC**
**1600 West End Avenue**
**Suite 1750**
**Nashville, TN 37203**
**(615) 742-4532**
**mabelow@srvhlaw.com**